

# Fourth Court of Appeals
## San Antonio, Texas

June 27, 2016

No. 04-16-00144-CR

Anthony Lee **SMITH,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR10000
The Honorable Jefferson Moore, Judge Presiding

# O R D E R

Debra Doolittle's notification of late record is hereby granted. The reporter's record is due July 20, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of June, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court